

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Chabrittnee Chavon Stanton, Appellant

No. 06-18-00118-CR          v.

The State of Texas, Appellee

Appeal from the 217th District Court of Angelina County, Texas (Tr. Ct. No. 2017-0034). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Moseley* participating. *Justice Moseley, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find that the order of the court below is void. Therefore, we vacate the trial court's order and remand this case to the trial court.

We further order that the appellee shall pay all costs of appeal.

RENDERED JANUARY 9, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk